FILED
JUL 10 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) 3:24 CR 242 |
| | ) JUDGE KNEPP |
| v. | ) CASE NO. MAGISTRATE JUDGE CLAY |
| | ) Title 18, United States Code, |
| KADEN NAUGLE, | ) Sections 922(o), 924(a)(2) and |
| | ) 933(a)(2) and (b) |
| Defendant. | ) |
| | ) |

COUNT 1
(Possession of a Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about August 16, 2023, in the Northern District of Ohio, Western Division, Defendant KADEN NAUGLE knowingly transferred and possessed a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(8).

COUNT 2
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(2) and (b))

The Grand Jury further charges:

2. On or about August 16, 2023, in the Northern District of Ohio, Western Division, Defendant KADEN NAUGLE did knowingly receive from another person any firearm in or otherwise affecting interstate or foreign commerce, having reasonable cause to believe that such

receipt would constitute a felony, as defined in Title 18, United States Code, Section 932(a), in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

                                                                                                 A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.